### 10642.　DURHAM *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial in this case contains the usual general grounds only; there is some evidence to support the verdict, which has the approval of the judge who tried the case, and this court will not interfere.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED OCTOBER 10, 1919.

Accusation of riot; from city court of Floyd county—Judge Nunnally.  May 5, 1919.

*Harris & Harris,* for plaintiff in error.

*J. F. Kelly, solicitor,* contra.